# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161907(56)

CARLOS BELL and All Others Similarly
Situated,
       Plaintiffs-Appellees,

v

CIVIL SERVICE COMMISSION and STATE
PERSONNEL DIRECTOR,
       Defendants-Appellants.
_____/

SC: 161907
COA: 347929
Wayne CC: 17-003861-CZ

     On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer is GRANTED. The answer will be accepted as timely filed if submitted on or before October 15, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2020



Clerk